> This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Abriana Carnes v. Chrome Carriers Trucking LLC, Ronan Shawn

| | |
|---|---|
| Case Number | 18C03-2105-CT-000048 |
| Court | Delaware Circuit Court 3 |
| Type | CT - Civil Tort |
| Filed | 05/11/2021 |
| Status | 05/11/2021 , Pending  (active) |

## Parties to the Case

Defendant  Chrome Carriers Trucking LLC

<u>Address</u>
192 Van Bruggen Street
Galesburg, MI 49053

<u>Attorney</u>
Erin A Clancy
*#2196249, Lead, Retained*

KIGHTLINGER & GRAY LLP
One Indiana Square - Suite 300
211 North Pennsylvania Street
Indianapolis, IN 46204
317-638-4521(W)

<u>Attorney</u>
Alyson Marie Kern
*#3527029, Retained*

Kightlinger & Gray, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN 46204
317-638-4521(W)

Defendant  Shawn, Ronan

Exhibit A - State Court Record

<u>Address</u>
2253 S Glendale Road
Benton Harbor, MI 49022

<u>Attorney</u>
Erin A Clancy
*#2196249, Lead, Retained*

KIGHTLINGER & GRAY LLP
One Indiana Square - Suite 300
211 North Pennsylvania Street
Indianapolis, IN 46204
317-638-4521(W)

<u>Attorney</u>
Alyson Marie Kern
*#3527029, Retained*

Kightlinger & Gray, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN 46204
317-638-4521(W)

---

Plaintiff     Carnes, Abriana

<u>Address</u>
c/o Craig Kelley & Faultless
5850 Lawton Loop East Drive
Indianapolis, IN 46216

<u>Attorney</u>
Christopher M. Barry
*#2625449, Retained*

5845 Lawton Loop East Drive
Suite 1
Indianapolis, IN 46216
317-545-1760(W)

## Chronological Case Summary

| 05/11/2021 | **Case Opened as a New Filing** |
|---|---|

| 05/11/2021 | **Appearance Filed** |
|---|---|

Appearance

| For Party: | Carnes, Abriana |
| File Stamp: | 05/11/2021 |

| 05/11/2021 | **Complaint/Equivalent Pleading Filed** |
|---|---|

Complaint/Equivalent Pleading

| Filed By: | Carnes, Abriana |
| File Stamp: | 05/11/2021 |

| 05/11/2021 | **Jury Trial Demand Filed** |
|---|---|

Jury Demand

| Filed By: | Carnes, Abriana |
| File Stamp: | 05/11/2021 |

| 05/11/2021 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Subpoena/Summons Filed | |
| | Filed By: | Carnes, Abriana |
| | File Stamp: | 05/11/2021 |

| 05/11/2021 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Subpoena/Summons Filed | |
| | Filed By: | Carnes, Abriana |
| | File Stamp: | 05/11/2021 |

| 05/11/2021 | **Notice Issued** | |
|---|---|---|
| | Court awaits future filings in this cause. No further action taken at this time. | |
| | Noticed: | Barry, Christopher M. |

| 05/12/2021 | **Certificate of Issuance of Summons** | |
|---|---|---|
| | Chrome Carriers Trucking LLC/Certificate of Issuance of Summons | |
| | Filed By: | Carnes, Abriana |
| | File Stamp: | 05/12/2021 |

| 05/12/2021 | **Certificate of Issuance of Summons** | |
|---|---|---|
| | Shawn Ronan/Certificate of Issuance of Summons | |
| | Filed By: | Carnes, Abriana |
| | File Stamp: | 05/12/2021 |

| 06/02/2021 | **Certificate of Service - separately filed** | |
|---|---|---|
| | Attachments Returned Green Card USPS | |
| | Return of Service CHROME CARRIERS TRUCKING LLC | |
| | Return of Service CHROME CARRIERS TRUCKING LLC | |
| | Filed By: | Carnes, Abriana |
| | File Stamp: | 06/02/2021 |

| 06/08/2021 | **Appearance Filed** | |
|---|---|---|
| | Appearance of Erin A. Clancy and Alyson M. Kern on behalf of the Defendants | |
| | For Party: | Chrome Carriers Trucking LLC |
| | For Party: | Shawn, Ronan |
| | File Stamp: | 06/07/2021 |

| 06/08/2021 | **Motion for Enlargement of Time Filed** | |
|---|---|---|
| | Motion for Extension of Time to Answer Complaint | |
| | Filed By: | Chrome Carriers Trucking LLC |
| | Filed By: | Shawn, Ronan |
| | File Stamp: | 06/07/2021 |

| 06/08/2021 | **Order Granting Motion for Enlargement of Time** | |
|---|---|---|
| | for Defendants to file their answer to the complaint. Defendants' answer is now due on or before 7/18/2021. | |
| | Order Signed: | 06/08/2021 |

| 06/09/2021 | **Automated ENotice Issued to Parties** | |
|---|---|---|
| | Order Granting Motion for Enlargement of Time ---- 6/8/2021 : Alyson Marie Kern;Christopher M. Barry;Erin A Clancy | |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Carnes, Abriana

Plaintiff

**Balance Due** (as of 06/24/2021)

0.00

Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 05/11/2021 | Transaction Assessment | 157.00 |
| 05/11/2021 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

# IN THE CIRCUIT COURT NO. 1 FOR DELAWARE COUNTY STATE OF INDIANA

CAUSE NO.

| | |
|---|---|
| ABRIANA CARNES, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| V. | ) |
| | ) |
| SHAWN RONAN AND | ) |
| CHROME CARRIERS TRUCKING LLC, | ) |
| | ) |
| DEFENDANTS. | ) |

## APPEARANCE OF ATTORNEY IN CIVIL CASE

1. The party on whose behalf this form is being filed is:

   Initiating __X__ Responding _____     Intervening _____; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Abriana Carnes

2. Attorney information for service as required by Trial Rule 5(B)(2) and for

case information required by Trial Rules 3.1 and 77(B):

> David W. Craig, #4356-98
> Scott A. Faultless, #15736-49
> William J. Kelley, #16989-69
> Christopher M. Barry, #26254-49
> Alexander R. Craig, #31273-49
> Samantha C. Craig Stevens, #32553-49
> Whitney L. Coker, #32556-48
> CRAIG KELLEY & FAULTLESS LLC
> 5845 Lawton Loop East Drive
> Indianapolis, IN 46216
> (317) 545-1760
> (317) 545-1794 (facsimile)
> ccrabtree@ckflaw.com (e-mail address)

Page 1 of 3

anapier@ckflaw.com (e-mail address)

3. This is a **CT** case type as defined in Administrative Rule 8(B)(3).

4. We will accept service from other parties by:

      Facsimile at the above noted number:  Yes __X__ No ____

      Email at the above noted address:  Yes __X__ No ____

5. This case involves child support issues. Yes ____ No __X__

6. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes ____ No __X__

7. This case involves a petition for involuntary commitment.  Yes ____ No __X__

8. There are related cases: Yes ____ No __X__

9. Additional information required by local rule:  None

10. There are other party members: Yes ____ No __X__

11. This form has been served on all other parties and Certificate of Service is attached:  Yes __X__ No ___

      Respectfully submitted,

      CRAIG KELLEY & FAULTLESS LLC

      */s/ Christopher M. Barry*
      Christopher M. Barry, #26254-49

      */s/ Alexander R. Craig*
      Alexander R. Craig, #31273-49

Attorneys for Plaintiff:

CRAIG KELLEY & FAULTLESS LLC
5845 Lawton Loop East Drive
Indianapolis, IN 46216
(317) 545-1760
(317) 545-1794 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing is being filed using the Indiana E-Filing System and served upon the Defendant(s) with the Summons and Complaint.

/s/ *Alexander R. Craig*
Alexander R. Craig

## In the Circuit Court No. 1 for Delaware County State of Indiana

### Cause No.

| | |
|---|---|
| Abriana Carnes, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Shawn Ronan and | ) |
| Chrome Carriers Trucking LLC, | ) |
| | ) |
| Defendants. | ) |

### <u>COMPLAINT</u>

Plaintiff Abriana Carnes, by counsel, hereby asserts claims for relief against Defendants Shawn Ronan and Chrome Carriers Trucking LLC. In support hereof, the Plaintiff states and alleges:

1. At all times relevant herein, Abriana Carnes was domiciled in Henry County, Indiana.

2. At all times relevant herein, Shawn Ronan was domiciled in Berrien county, Michigan.

3. At all times relevant herein, Chrome Carriers Trucking LLC was doing business in Delaware County, Indiana.

4. At all times relevant herein, Shawn Ronan was an employee of Chrome Carriers Trucking LLC and working within the scope of said employment. As a result of an employee-employer relationship, Chrome Carriers Trucking LLC is liable, under the theory of *respondeat superior*, for the negligent acts or omissions of

Shawn Ronan.

5. At all times relevant herein, Chrome Carriers Trucking LLC was a motor carrier subject to the provisions of the Federal Motor Carrier Safety Regulations as incorporated by reference in Indiana Code §8-2.1-24-18.

6. At all times relevant herein, the Semi-Tractor and Trailer being operated by Shawn Ronan was a commercial motor vehicle subject to the provisions of the Federal Motor Carrier Safety Regulations as incorporated by reference in Indiana Code §8-2.1-24-18.

7. At all times relevant herein, as the driver and operator of the Semi-Tractor and Trailer, Shawn Ronan, was subjected to the provisions of the Federal Motor Carrier Safety Regulations as incorporated by reference in Indiana §8-2.1-24-18.

8. On February 12, 2021, at approximately 4:20 p.m., Abriana Carnes was driving a Saturn in the left, southbound lane of Interstate 69 in Delaware County, Indiana.

9. At said date and time, Shawn Ronan was driving a Semi-Tractor and Trailer in the right, southbound land of Interstate 69.

10. At said date and time, Shawn Ronan was negligent in driving the Semi-Tractor and Trailer including failing to use reasonable care, failing to maintain proper control, failing to keep a proper lookout, driving at an unreasonable speed under the circumstances, and changing from one traffic lane to another when the movement could not be made with reasonable safety, and failing to yield the right-of-way.

11. On February 12, 2021, at approximately 4:20 p.m., the negligent conduct of Shawn Ronan in driving the Semi-Tractor and Trailer was a responsible cause of a collision with the Saturn being occupied by Abriana Carnes.

12. The negligent conduct of Shawn Ronan was the unexcused violation of one or more laws designed to protect the class of persons, including Abriana Carnes, against the type of harm which occurred because of the violation.

13. The negligent conduct of Shawn Ronan was a responsible cause of Abriana Carnes experiencing harms, including injuries, pain, suffering, and damages.

**WHEREFORE**, Plaintiff Abriana Carnes prays that the Court enters a judgment against Defendants Shawn Ronan and Chrome Carriers Trucking LLC for compensatory damages in an amount sufficient to remedy the harms to Plaintiff Abriana Carnes, for costs, for a trial by jury on all issues in this cause, and all other just and proper relief in the premises.

Respectfully submitted,

CRAIG KELLEY & FAULTLESS LLC

/s/ *Christopher M. Barry*
Christopher M. Barry, #26254-49

/s/ *Alexander R. Craig*
Alexander R. Craig, #31273-49

Attorneys for Plaintiff:

CRAIG KELLEY & FAULTLESS LLC
5845 Lawton Loop East Drive
Indianapolis, IN 46216
(317) 545-1760
(317) 545-1794 (facsimile)

Page 3 of 3

Case 1:21-cv-01878-JPH-MJD   Document 1-1   Filed 05/17/21   Page 11 of 27 PageID #: 17

18C01-2105-CT-000485/21

Filed: 5/1/2021 9:43 AM
Clerk
Delaware County, Indiana

Delaware Circuit Court 3

# IN THE CIRCUIT COURT NO. 1 FOR DELAWARE COUNTY STATE OF INDIANA

CAUSE NO.

| | |
|---|---|
| ABRIANA CARNES, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| V. | ) |
| | ) |
| SHAWN RONAN AND | ) |
| CHROME CARRIERS TRUCKING LLC, | ) |
| | ) |
| DEFENDANTS. | ) |

## **JURY TRIAL DEMAND**

Plaintiff Abriana Carnes, by counsel, pursuant to Trial Rule 38 of the Indiana Rules of Procedure and the Constitution of the State of Indiana, hereby demands a trial by jury on all issues in this cause.

Respectfully submitted,

CRAIG KELLEY & FAULTLESS LLC


/s/ *Christopher M. Barry*
Christopher M. Barry, #26254-49


/s/ *Alexander R. Craig*
Alexander R. Craig, #31273-49

Attorneys for Plaintiff:

CRAIG KELLEY & FAULTLESS LLC
5845 Lawton Loop East Drive
Indianapolis, IN 46216
(317) 545-1760
(317) 545-1794 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing is being filed using the Indiana E-Filing System and served upon the Defendant(s) with the Summons and Complaint.

/s/ *Alexander R. Craig*
Alexander R. Craig

# In the Circuit Court No. 1 for Delaware County State of Indiana

## Cause No.

| | |
|---|---|
| Abriana Carnes, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Shawn Ronan and | ) |
| Chrome Carriers Trucking LLC, | ) |
| | ) |
| Defendants. | ) |

## SUMMONS

**TO DEFENDANT**:  Chrome Carriers Trucking LLC
192 Van Bruggen Street
Galesburg, MI 49053

You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above. The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.

An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (and twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

5/11/2021
_____
Date

_____
Clerk of the Delaware County Courts

Christopher M. Barry, #26254-49
Alexander R. Craig, #31273-49
Craig Kelley & Faultless LLC
5845 Lawton Loop East Drive
Indianapolis, IN 46216
(317) 545-1760

The following manner of service of Summons is hereby designated:
__X___ Registered or certified mail.
_____ Personal Service by Sheriff of
_____ Service upon Defendant at employer:
_____ Service upon agent or other:

## CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 20\_\_\_\_\_, I mailed a copy of this Summons and a copy of the Complaint to the Defendant _____, by Registered or Certified mail, requesting a return receipt at the address furnished by the Plaintiff.

Server's Signature: _____

Name & Title: _____
Server's Address: Craig, Kelley & Faultless, LLC
                     5848 Lawton Loop East Drive
                     Indianapolis, Indiana 46216

## RETURN ON SERVICE OF SUMMONS BY MAIL

(1)   I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint, _____, was accepted by the Defendant on the _____ day of _____, 20\_\_\_\_\_.

(2)   I hereby certify that the attached return receipt was received by me on the _____ day of _____, 20_____, showing that the Summons and a copy of the Complaint was returned and not accepted.

(3)   I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant_____, was accepted by _____ (Age) _____ on behalf of the Defendant on the _____ day of _____, 20\_\_\_\_\_.

Server's Signature: _____

Name & Title: _____
Server's Address: Craig, Kelley & Faultless, LLC
                     5848 Lawton Loop East Drive
                     Indianapolis, Indiana 46216

## RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served the within Summons:
(1)   By delivering a copy of the Summons and a copy of the Complaint to Defendant, _____ _____ on the _____ day of _____, 20\_\_\_\_.
(2)   By leaving a copy of the Summons and a copy of the Complaint at _____ _____ the dwelling place or usual place of abode of the Defendant _____, with a person of suitable age and discretion residing therein, namely _____ and by mailing a copy of the Summons to the Defendant by first class mail, to the address listed on the Summons, the last known address of the Defendant.

_____
Sheriff of Delaware County, Indiana

By: _____

Case 1:21-cv-01878-JPH-MJD   Document 1-1   Filed 05/21/21   Page 15 of 27 PageID #: 21
Filed: 5/11/2021 9:43 AM
Clerk
Delaware County, Indiana

Delaware Circuit Court 3

# IN THE CIRCUIT COURT NO. 1 FOR DELAWARE COUNTY STATE OF INDIANA

CAUSE NO.

| | |
|---|---|
| ABRIANA CARNES, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| V. | ) |
| | ) |
| SHAWN RONAN AND | ) |
| CHROME CARRIERS TRUCKING LLC, | ) |
| | ) |
| DEFENDANTS. | ) |

## SUMMONS

**TO DEFENDANT**:  Shawn Ronan
2253 S Glendale Road
Benton Harbor, MI 49022

You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above. The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.

An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (and twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

5/11/2021
_____
Date

_____
Clerk of the Delaware County Courts

Christopher M. Barry, #26254-49
Alexander R. Craig, #31273-49
CRAIG KELLEY & FAULTLESS LLC
5845 Lawton Loop East Drive
Indianapolis, IN 46216
(317) 545-1760

The following manner of service of Summons is hereby designated:
__X___  Registered or certified mail
_____  Personal Service by Sheriff
_____  Service upon Defendant at employer:
_____  Service upon agent or other:

## CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 20\_\_\_\_\_, I mailed a copy of this Summons and a copy of the Complaint to the Defendant _____, by Registered or Certified mail, requesting a return receipt at the address furnished by the Plaintiff.

Server's Signature: _____

Name & Title: _____
Server's Address: Craig, Kelley & Faultless, LLC
       5848 Lawton Loop East Drive
       Indianapolis, Indiana 46216

## RETURN ON SERVICE OF SUMMONS BY MAIL

(1) I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint, _____, was accepted by the Defendant on the _____ day of _____, 20\_\_\_\_\_.

(2) I hereby certify that the attached return receipt was received by me on the _____ day of _____, 20_____, showing that the Summons and a copy of the Complaint was returned and not accepted.

(3) I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant_____, was accepted by _____ (Age) _____ on behalf of the Defendant on the _____ day of _____, 20\_\_\_\_\_.

Server's Signature: _____

Name & Title: _____
Server's Address: Craig, Kelley & Faultless, LLC
       5848 Lawton Loop East Drive
       Indianapolis, Indiana 46216

## RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served the within Summons:
(1) By delivering a copy of the Summons and a copy of the Complaint to Defendant, _____ _____ on the _____ day of _____, 20\_\_\_\_.
(2) By leaving a copy of the Summons and a copy of the Complaint at _____ _____ the dwelling place or usual place of abode of the Defendant _____, with a person of suitable age and discretion residing therein, namely _____ and by mailing a copy of the Summons to the Defendant by first class mail, to the address listed on the Summons, the last known address of the Defendant.

_____
Sheriff of Delaware County, Indiana

By: _____

Filed: 5/12/2021 11:27 AM
Delaware Circuit Court 3
Delaware County, Indiana

# IN THE CIRCUIT COURT NO. 3 FOR DELAWARE COUNTY STATE OF INDIANA

## CAUSE NO. 18C03-2105-CT-000048

ABRIANA CARNES,                    )
                                          )
    PLAINTIFF,                     )
                                           )
    V.                             )
                                           )
SHAWN RONAN AND                    )
CHROME CARRIERS TRUCKING LLC,      )
                                           )
    DEFENDANTS.                    )

## CERTIFICATE OF ISSUANCE OF SUMMONS TO DEFENDANT CHROME CARRIERS TRUCKING, LLC

I hereby certify, pursuant to Trial Rule 86(G)(2)(c), that on the 12th day of May, 2021, I mailed a copy of the Summons issued by the Clerk, a copy of the file-marked Complaint and Appearance to Defendant Chrome Carriers Trucking LLC, 192 Van Bruggen Street, Galesburg, MI 49053 by certified mail (tracking number 7020 0640 0000 6675 3341) and requested a return receipt signed by addressee.

DATED:   May 12, 2021

Respectfully submitted,

CRAIG KELLEY & FAULTLESS LLC

/s/ *Christopher M. Barry*
Christopher M. Barry, #26254-49

/s/ *Alexander R. Craig*
Alexander R. Craig, #31273-49

<u>Attorneys for Plaintiff</u>:

CRAIG KELLEY & FAULTLESS LLC
5845 Lawton Loop East Drive
Indianapolis, IN 46216
(317) 545-1760
(317) 545-1794 (facsimile)

2

# IN THE CIRCUIT COURT NO. 3 FOR DELAWARE COUNTY STATE OF INDIANA

## CAUSE NO. 18C03-2105-CT-000048

| | |
|---|---|
| ABRIANA CARNES, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) |
| | ) |
| SHAWN RONAN AND | ) |
| CHROME CARRIERS TRUCKING LLC, | ) |
| | ) |
| DEFENDANTS. | ) |

## CERTIFICATE OF ISSUANCE OF SUMMONS TO DEFENDANT SHAWN RONAN

I hereby certify, pursuant to Trial Rule 86(G)(2)(c), that on the 12th day of May, 2021, I mailed a copy of the Summons issued by the Clerk, a copy of the file-marked Complaint and Appearance to Defendant Shawn Ronan, 2253 S. Glendale Road, Benton Harbor, MI 49022 by certified mail (tracking number 7020 0640 0000 6675 3358) and requested a return receipt signed by addressee.

1

DATED:   May 12, 2021

Respectfully submitted,

CRAIG KELLEY & FAULTLESS LLC


/s/ *Christopher M. Barry*
Christopher M. Barry, #26254-49


/s/ *Alexander R. Craig*
Alexander R. Craig, #31273-49


Attorneys for Plaintiff:

CRAIG KELLEY & FAULTLESS LLC
5845 Lawton Loop East Drive
Indianapolis, IN 46216
(317) 545-1760
(317) 545-1794 (facsimile)

2



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Chrome Carriers Trucking LLC
198 Van Bruggen Street
Galesburg, MI 49053

9590 9402 3948 8060 4613 97

2. Article Number (Transfer from service label)

7020 0640 0000 6675 3341

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Kinalz                         ☐ Agent
                                 ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
TmP                              5-26-21

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

# IN THE CIRCUIT COURT NO. 3 FOR DELAWARE COUNTY STATE OF INDIANA

## CAUSE NO. 18C03-2105-CT-000048

| | |
|---|---|
| ABRIANA CARNES, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| V. | ) |
| | ) |
| SHAWN RONAN AND | ) |
| CHROME CARRIERS TRUCKING LLC, | ) |
| | ) |
| DEFENDANTS. | ) |

## PROOF OF SERVICE OF SUMMONS ON DEFENDANT CHROME CARRIERS TRUCKING, LLC

I hereby certify, pursuant to Trial Rule 86(G)(2)(c), that on the 1st day of June, 2021, I received the attached certified mail proof of delivery, indicating that the Summons and Complaint in this cause of action were served upon Defendant Chrome Carriers Trucking, LLC, 192 Van Bruggen Street, Galesburg, MI 49053 by certified mail (tracking number 7020 0640 0000 6675 3341) on May 26, 2021.

DATED:   June 2, 2021

Respectfully submitted,

CRAIG KELLEY & FAULTLESS LLC

/s/ Alexander R. *Craig*
Alexander R. Craig #31273-49

Attorneys for Plaintiff:

CRAIG KELLEY & FAULTLESS LLC
5845 Lawton Loop East Drive
Indianapolis, IN 46216
(317) 545-1760
(317) 545-1794 (facsimile)

STATE OF INDIANA       )      IN THE DELAWARE COUNTY CIRCUIT COURT  3
                         ) SS:
COUNTY OF DELAWARE  )     CAUSE NO. 18C03-2105-CT-000048

ABRIANA CARNES,          )
                           )
     Plaintiff,         )
                           )
     v.                   )
                           )
SHAWN RONAN and       )
CHROME CARRIERS TRUCKING LLC,  )
                           )
     Defendants.       )

## APPEARANCE BY ATTORNEY IN CIVIL CASE

Party Classification:  Initiating __  Responding _X_   Intervening ___

1)    Name or names of initiating party or parties:

      **Defendants Shawn Ronan and Chrome Carriers Trucking LLC**

2)    Attorney information (as applicable for service of process):

| **Name:** | Erin A. Clancy | Attorney No:  21962-49 |
| | KIGHTLINGER & GRAY, LLP | Telephone: (317) 638-4521 |
| | One Indiana Square, Suite 300 | Facsimile: (317) 636-5917 |
| | 211 N. Pennsylvania Street | Email: eclancy@k-glaw.com |
| | Indianapolis, IN 46204 | |
| | | |
| **Name:** | Alyson M. Kern | Attorney No:  35270-29 |
| | KIGHTLINGER & GRAY, LLP | Telephone: (317) 638-4521 |
| | One Indiana Square, Suite 300 | Facsimile: (317) 636-5917 |
| | 211 N. Pennsylvania Street | Email: akern@k-glaw.com |
| | Indianapolis, IN 46204 | |

3)    There are other party members:  Yes ___  No _X_

4)    Will initiating party accept Fax service:  Yes ___  No _X_

5)    If first initiating party filing this case, the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3):

6)    This case involves support issues.  Yes ___  No _X_

7)   There are related cases:  Yes ____ No _X_

8)   This form has been served on all other parties: Certificate of Service is attached:
Yes XX  No

9)   Additional information required by local rule.

Respectfully submitted,

KIGHTLINGER & GRAY, LLP

By:   */s/ Erin A. Clancy*_____
Erin A. Clancy, I.D. No. 21962-49
Alyson M. Kern, I.D. No. 35270-29
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2021, the foregoing was electronically filed with the Delaware County Circuit Court 3 and was served – through the Court's E-Filing system – on the following:

Christopher M. Barry
Alexander R. Craig
CRAIG KELLEY & FAULTLESS, LLC
5845 Lawton Loop E. Drive
Indianapolis, IN 46216
*Attorney for Plaintiff*

*/s/Erin A. Clancy*_____
Erin A. Clancy

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 N. Pennsylvania Street
Indianapolis, IN 46204
(317) 638-4521
eclancy@k-glaw.com
akern@k-glaw.com

Filed: 6/3/2021 11:42 AM
Delaware Circuit Court 3
Delaware County, Indiana

STATE OF INDIANA      )      IN THE DELAWARE COUNTY CIRCUIT COURT  3
                      ) SS:
COUNTY OF DELAWARE  )      CAUSE NO. 18C03-2105-CT-000048

ABRIANA CARNES,                )
                              )
      Plaintiff,              )
                              )
      v.                      )
                              )
SHAWN RONAN and           )
CHROME CARRIERS TRUCKING LLC,  )
                              )
      Defendants.           )

## **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES**

Defendants, Chrome Carriers Trucking, LLC and Shawn Ronan ("Defendants"), by counsel, respectfully move the Court for an extension of time of thirty (30) days up to and including July 18, 2021, in which to file a responsive pleading to Plaintiff's Complaint for Damages. In support of said Motion, Defendants show the Court:

1.       That Plaintiff's Complaint for Damages was filed with the Court on May 11, 2021 and served via certified mail on Chrome Carriers Trucking LLC on or about May 26, 2021. As such, the earliest date the Defendants' Answer would be due is June 18, 2021, a date that has not yet passed.

2.       Defendants respectfully request an initial enlargement of time of thirty (30) days up to and including July 18, 2021, within which to answer or otherwise respond to Plaintiff's Complaint for Damages.

3.       This request for enlargement of time is not made for the purposes of delay, but rather to allow time for the Defendants' counsel to prepare a proper response to Plaintiff's Complaint for Damages.

4.      Plaintiff's counsel has been contacted and has no objection to the filing of this Motion

WHEREFORE, Defendants, Chrome Carriers Trucking, LLC and Shawn Ronan, pray that the time for filing a responsive pleading to the Plaintiff's Complaint for Damages be extended for a period of thirty (30) days, up to and including July 18, 2021.

Respectfully submitted,

KIGHTLINGER & GRAY, LLP

By:    */s/Erin A. Clancy*_____
Erin A. Clancy, I.D. No. 21962-49
Alyson M. Kern, I.D. No. 35270-29
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2021, the foregoing was electronically filed with the Delaware County Circuit Court 3 and was served – through the Court's E-Filing system – on the following:

Christopher M. Barry
Alexander R. Craig
CRAIG KELLEY & FAULTLESS, LLC
5845 Lawton Loop E. Drive
Indianapolis, IN 46216
*Attorney for Plaintiff*

*/s/Erin A. Clancy*_____
Erin A. Clancy

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 N. Pennsylvania Street
Indianapolis, IN 46204
(317) 638-4521
eclancy@k-glaw.com
akern@k-glaw.com
210145\61234554-1

STATE OF INDIANA      )      IN THE DELAWARE COUNTY CIRCUIT COURT  3
                    ) SS:
COUNTY OF DELAWARE  )      CAUSE NO. 18C03-2105-CT-000048

ABRIANA CARNES,         )
                             )
      Plaintiff,          )
                             )
      v.                    )
                             )
SHAWN RONAN and        )
CHROME CARRIERS TRUCKING LLC,  )
                             )
      Defendants.        )

## <u>ORDER ON EXTENSION OF TIME</u>

This cause came before the Court upon the Motion of the Defendants for a Motion for Extension of Time to respond to Plaintiff's Complaint for Damages.

The Court, having considered said Motion and, being duly advised in the premises, now GRANTS the same, and

THEREFORE, IT IS ORDERED that the Defendants, Chrome Carriers Trucking, LLC and Shawn Ronan, may have an extension of time of thirty (30) days, up to and including July 18, 2021, within which to answer or otherwise plead to Plaintiff's Complaint for Damages.

DATED:    **June 8, 2021**                                     

                                            Judge, Delaware Circuit Court 3

Copies to all counsel of record via CM/ECF